IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: C CV 08 80 205 MISC

John David Rothschild - #51950

_____/

ORDER TO SHOW CAUSE

It appearing that he has been enrolled as an inactive member of the State Bar of California due to Rule 9.21 of the California Rules of Court and that pursuant to this provision, he may not practice law in the State of California effective August 1, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before November 19, 2008 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
John David Rothschild
Attorney At Law
620 Broadway
Sonoma, CA 95476