**FILED**

DEC 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:              No CV-08-80205 MISC VRW

John David Rothschild,
                                    ORDER
    State Bar No 51950

_____/

    On October 10, 20008, the court issued an order to show cause (OSC) why John David Rothschild should not be removed from the roll of attorneys authorized to practice law before this court, based on his resignation from the State Bar, effective August 1, 2008, with disciplinary charges pending. The OSC was mailed to Mr Rothschild's address of record with the State Bar and was returned by the post office as unclaimed. No response to the OSC has been filed.

    The court now orders John David Rothschild removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

John David Rothschild,

_____/

Case Number: CV08-80205 MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John David Rothschild
620 Broadway
Box 388
Sonoma, CA 95476

Dated: December 15, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*